DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. GRAY

No. 88P89.

Case below: 92 N.C. App. 245.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 2 March 1989.

STATE v. HENDERSON

No. 12P89.

Case below: 92 N.C. App. 245.

Motion by Attorney General to dismiss appeal for lack of substantial constitutional question allowed 2 March 1989. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 2 March 1989.

STATE v. KEARNEY

No. 83P89.

Case below: 92 N.C. App. 599.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 2 March 1989.

STATE v. PARKER

No. 583P88.

Case below: 92 N.C. App. 102.

Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 denied 2 March 1989.

STATE v. STETSON

No. 24P89.

Case below: 92 N.C. App. 597.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 2 March 1989.